# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AMY ALLEN and BROOKE ALLEN ) | CASE NO.: 2:22-CV-01948 |
| ) | |
| ) | CHIEF JUDGE ALGENON L. MARBLEY |
| Plaintiffs, ) | |
| ) | MAGISTRATE JUDGE KIMBERLY A. |
| vs. ) | JOLSON |
| ) | |
| SHAMROCK TOWING, INC., ) | **JOINT MOTION FOR COURT** |
| TIMOTHY L. DUFFEY and MICHAEL ) | **APPROVAL OF FLSA SETTLEMENT** |
| NELSON, ) | |
| ) | |
| Defendants. ) | |

Defendants Shamrock Towing, Inc., Timothy L. Duffey, and Michael Nelson (collectively, "Defendants") and Plaintiffs Amy Allen and Brooke Allen ( collectively, "Plaintiffs") by and through their undersigned counsel, jointly advise the Court that all claims and matters in controversy between the parties have been resolved and settled to the satisfaction of the Plaintiffs and Defendants, and file this joint motion requesting that the Court approve the settlement and release and deem all claims brought or that could have been brought released.

1. This matter involves claims by Plaintiffs, former employees of Shamrock Towing, Inc., alleging overtime pay violations of the Fair Labor Standards Act ("FLSA") and/or Ohio's Minimum Fair Wage Standards Act ("OMFWSA").

2. Plaintiffs also sued Duffey and Nelson, alleging that they had individual liability for the claimed FLSA and OMFWSA violations.

3. Pursuant to the FLSA and the OMFWSA, Plaintiffs may seek an award of unpaid wages, liquidated damages, and reasonable attorney's fees and costs.

4. Defendants denied the allegations.

Plaintiffs and Defendants agree that a bona fide dispute exists regarding Plaintiffs' exemption from the wage-hour laws, and the number of hours worked and the compensation, if any, owed to Plaintiffs, and the parties have entered into an agreement to resolve this matter and have executed a Settlement Agreement, General Release and Covenant Not To Sue (the "Agreement").

5. The terms of the Agreement include full payment of all amounts claimed or owed to Plaintiff, and a resolution of all of Plaintiff's claims, including her claim for alleged unpaid overtime wages, liquidated damages, and attorney's fees and cost.

6. A copy of Agreement is attached hereto as Exhibit "A."

7. A declaration from Plaintiffs' attorney, Chris P. Wido, regarding the attorneys fees and costs billed in this matter is attached hereto as Exhibit "B."

8. The Parties wish to have this Court approve the settlement reached through the Agreement.

WHEREFORE, the Parties request that the Court permit them to provide a copy of the Agreement to the Court to review in chambers, after which the Court should enter an Order approving the Agreement and adjudging its terms to be adequate, proper, fair, and reasonable, and finally, to find all of Plaintiff's claims to be settled, resolved, and released with prejudice. A copy of a proposed order approving the settlement and dismissing this case is attached hereto as Exhibit "C."

Dated this 14th day of November, 2022.

                Respectfully submitted,

                KEMP, SCHAEFFER & ROWE CO., LPA

                BY:_____
Erica Ann Probst (0073486)
88 W. Mound Street
Columbus, Ohio 43215
Telephone:   (614) 224-2678
Facsimile:   (614) 469-7170
erica@ksrlegal.com
Counsel for Defendant

                _/s/Chris P. Wido_____
Chris P. Wido (0090441)
Spitz, the Employee's Law Firm
25825 Science Park Drive, Suite 200
Beachwood, Ohio 44122
Telephone (216) 291-4744
Facsimile: (216) 291-5744
Chris.wido@spitzlawfirm.com
Attorney for Plaintiffs.